# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>Acia Moore<br><br>*Defendant(s)* | Case No. 22-066-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 2, 2021 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951(a) | Hobbs Act robbery |
| 18 U.S.C. 924(c) | Carrying, using, and brandishing a Firearm during the commission of a crime of violence |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s Adam Cook
*Complainant's signature*

Adam Cook, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan. 14, 2022

/s Timothy R. Rice
*Judge's signature*

City and state: Philadelphia, PA

Hon. Timothy R. Rice, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Cook, being duly sworn under oath and deposed, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Philadelphia Division, and have been so since December 2017. I am currently assigned to the Violent Crimes Task Force (VCTF), which investigates violations of Federal law, to include robberies of banks, robberies of businesses that affect interstate commerce (also known as Hobbs Act robberies), kidnappings, and fugitives. Further, I have also received training and experience as a Police Officer with the FBI Police in Washington, DC for approximately four years prior to my current position as a Special Agent.

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging Acia MOORE with violations of Title 18, United States Code, Sections 1951 (Hobbs Act robbery) and 924(c) (using and carrying a firearm during and in relation to a crime of violence).

3. In December 2021, Acia MOORE committed multiple armed robberies of commercial businesses in the Feltonville area of Philadelphia, Pennsylvania. On December 6, 2021, when Acia MOORE robbed HERNANDEZ FOOD & DELI MARKET, the victim store owner shot MOORE during the robbery. MOORE was later arrested by the Philadelphia Police Department ("PPD") at Einstein Hospital, where MOORE was treated for his gunshot wound. Prior to December 6, 2021, MOORE was involved with at least ten other armed robberies, two of them occurring within two days of each other at CAFÉ TINTO, a Columbian Bakery located in North Philadelphia.

4. On December 2, 2021, at approximately 7:27 a.m., two black males armed with handguns entered CAFÉ TINTO, at 143 E Wyoming Avenue in Philadelphia, Pennsylvania,

pointed their guns at the customers and café employees, and demanded money. One of the males walked behind the counter and the other male, later identified as MOORE, remained on the customer side of the counter. The store manager, VICTIM-1, opened both cash registers and MOORE and the second offender removed cash from the drawers. After MOORE removed the cash from one of the register drawers, MOORE turned to the customers that were in the café and robbed the customers of their money at gunpoint. MOORE used a handgun with a tan lower receiver and black upper slide. Surveillance video showed additional details of this gun including a silver ejection port and a laser/light mounted on the front of the gun. The second offender used a black and silver handgun to commit the robbery. MOORE and the second offender stole approximately $1500 from the cash registers and another $3500 from the customers in the store.

5. Two days later, on December 4, 2021, at approximately 11:10 a.m., one black male, later identified as MOORE, entered CAFÉ TINTO again and this time ordered food from VICTIM-1, the victim from the robbery described in paragraph 4. When MOORE initially entered the café and ordered food, there were other customers in the café. As MOORE ordered food from VICTIM-1, VICTIM-1 knew that MOORE was the person that robbed her two days prior, on December 2, 2021. VICTIM-1 stated that this was the male that stayed on the customer side of the counter during the first robbery and that the gun he used in the second robbery was different from the one he used during the first robbery on December 2, 2021. As soon as one of the other customers left the café, MOORE threw a bag across the counter at VICTIM-1 and demanded money. MOORE simultaneously produced a black handgun and pointed the gun at VICTIM-1and the one remaining customer in the store. VICTIM-1 tried to run from MOORE for her safety and MOORE jumped over the counter to the employee side of the counter.

MOORE then took money from the cash register and fled the store. As MOORE fled the store, he kicked VICTIM-1 in the head and neck. MOORE stole approximately $300 from the cash register. After the robbery, PPD Detectives recovered a black airsoft gun from the bed of a truck parked nearby that was believed to be used to commit the robbery.

6. PPD obtained surveillance video from CAFÉ TINTO of the robbery that showed MOORE touching the glass surface of the counter as he jumped over it. PPD Detectives recovered prints from the glass and submitted these prints to the PPD lab for examination. The PPD laboratory conducted an examination of the prints that were recovered by detectives and the laboratory determined that a palm print left on the glass counter could be individualized to Acia MOORE.

7. On December 6, 2021, at approximately 1:23 p.m., Acia MOORE, entered HERNANDEZ FOOD & DELI MARKET, referenced in paragraph 3, with a second offender. MOORE picked up multiple items to purchase and brought the items to the cash register. MOORE walked away from the cash register to the back of the counter where he brandished a handgun. When the store owner, VICTIM-2, saw the gun, VICTIM-2 shot MOORE with his firearm. MOORE and the second offender fled the store as soon as the store owner shot at MOORE. VICTIM-2 believed that he shot MOORE in the shoulder. PPD Officers responded to the robbery and the store owner provided a description of what happened. PPD Officers viewed surveillance video from the store. VICTIM-2 described the offender, later identified as MOORE, as a black male, wearing a white hoodie with a black mask, approximately 5'4" to 5'5" in height, weighing around 165 lbs. A black BB gun was recovered from the store that was dropped by MOORE during the robbery. Nothing was taken from the store during this robbery.

8. A short time after the robbery, PPD Officers responded to Einstein Hospital to canvass the hospital for any gunshot wound patients. Einstein Hospital identified patient Acia MOORE as a gunshot wound patient. PPD Officer Sheets, who viewed the surveillance video from the robbery, a responded to Einstein Hospital and viewed the clothing recovered from MOORE. Officer Sheets believed that the black pants at the hospital appeared to be the same pants worn by the offender in the robbery, who was captured by a surveillance camera.

9. VICTIM-2 was transported to Einstein Hospital to see if MOORE was the male that robbed the HERNANDEZ FOOD & DELI MARKET. VICTIM-2 viewed MOORE in the hospital and stated: "Yes he looks like the guy that was in my store, it was just a little hard to tell because the guy wearing the white hoodie had a mask on. But the guy I saw in the hospital had the same build that the guy I shot had."

10. On December 9, 2021, PPD East Detectives executed a search warrant at MOORE's residence, 420 E Rockland Street, Philadelphia, PA.[1] The Pennsylvania Department of Transportation database showed MOORE's home address of 420 E Rockland Street, Philadelphia, Pennsylvania. PPD recovered a 9mm Taurus G2C handgun loaded with 12 live rounds, serial TLU49860, with a tan lower receiver, black slide, silver ejection port, and a laser/light mounted on the front of the gun. I compared photos of this gun to surveillance photos from the December 2, 2021 robbery of CAFÉ TINTO and I believe this is the gun used by MOORE in the robbery. Additionally, PPD found MOORE's mail at that address.

11. Detectives also recovered a DVR from the residence that recorded cameras on the front and rear of the property. Detectives obtained a search warrant for the footage maintained on the Digital Video Recorder (DVR). The DVR footage showed the following:

---

[1] Moore's residence is located approximately 0.5 miles or four blocks from the Café Tinto.

- 12/02/2021 7:28 a.m. – Two black males return to the residence on foot. MOORE[2] is holding money as he enters the residence. MOORE's pants and shoes are consistent with the pants and shoes of one of the robbery suspects. See photo below.

 

---

[2] I compared the below surveillance capture from 420 E Rockland Street to a known photo of Acia MOORE and I believe the individual in the white shirt is Acia MOORE based on his physical appearance.

- 12/04/2021 11:19 a.m. – Two black males return to the residence on foot. The shoes and pants of the individual believed to be MOORE are consistent with the robbery suspect's pants and shoes. See photo below.

 

12. On December 20, 2021, PPD Detectives Bender and Getz interviewed MOORE and provided MOORE with his Miranda rights. MOORE agreed that he understood these rights and talked to Detectives about multiple robberies he committed. MOORE stated that on the day

he was shot, MOORE went to "Vic's"[3] and robbed the store with a second offender, MOORE's brother. MOORE used an airsoft gun to rob the market and dropped the airsoft gun at the market.

13. MOORE was also shown surveillance photos from the December 2, 2021 robbery of CAFÉ TINTO. MOORE identified himself as the robbery subject wearing all black and using the tan handgun to commit the robbery. MOORE stated that this gun was not a real gun and identified the gun as an airsoft gun. MOORE signed the surveillance photograph indicating that was him in the photograph. MOORE identified the other subject in this robbery as his brother, Person #1.

14. CAFÉ TINTO and HERNANDEZ FOOD & DELI MARKET were businesses engaged in and affecting interstate commerce by providing products to customers, some of which were produced, purchased, and transported from states outside Pennsylvania.

---

[3] PPD Detectives and the local community know HERNANDEZ FOOD & DELI MARKET as "Vic's" due to a previous owner's first name, which is Victor.

15. I believe, based on the facts and circumstances set forth above, there is probable cause to charge Acia MOORE with the armed Hobbs Act robbery of CAFÉ TINTO on December 2, 2021 in violation of Title 18, United States Code, Section 1951 (Hobbs Act robbery) and carrying, using, brandishing a firearm during the commission of a crime of violence, in violation of, Title 18, United States Code, Section 924(c).

/s Adam Cook
ADAM COOK
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 14th day of January, 2022,
at 5:17 p.m.

/s Timothy R. Rice
HONORABLE TIMOTHY R. RICE
*United States Magistrate Judge*

Attachment "A"

Count One

On or about December 2, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant Acia Moore and Person #1, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that defendant Moore unlawfully took and obtained approximately $1500 United States currency, belonging to the Café Tinto bakery located at 143 E Wyoming Avenue in Philadelphia, Pennsylvania, from an employee of that business, against her will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by brandishing a firearm to threaten and control the victim employees of Café Tinto, and stealing money from Café Tinto. In violation of Title 18, United States Code, Section 1951(a).

Count Two

On or about December 2, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant Acia Moore, knowingly used and carried, a firearm, that is, a Taurus 9mm, G2C handgun, bearing serial number TLU49860, loaded with 12 live rounds of 9mm ammunition, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery which interferes with interstate commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count One of this indictment, and that firearm was brandished. In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).